# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT M. HOGG, | 2:14-cv-00753-JCM-CWH |
| Plaintiff, | |
| vs. | **Screening Order** |
| B. KINCAID, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Judgment (#4), filed February 11, 2015. The motion is premature. Plaintiff's complaint has not yet been filed or served. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment (#4) is **denied without prejudice**.

DATED: April 6, 2015.

C.W. Hoffman, Jr.
United States Magistrate Judge