# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROOSEVELT M. HOGG, | ) | 2:14-cv-00753-JCM-CWH |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| B. KINCAID, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Default (#7), filed April 13, 2015. Plaintiff requests default under Fed. R. Civ. P. 55. The motion is premature. Plaintiff's complaint has neither been filed nor served. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default (#7) is **denied without prejudice**.

DATED: April 15, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge