UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT M. HOGG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>B. KINCAID, *et al.*,<br><br>　　　　　Defendants. | 2:14-cv-00753-JCM-CWH<br><br>**Order** |

This matter is before the Court on Plaintiff's Motion (#10), filed April 20, 2015. Plaintiff, who is appearing *in forma pauperis*, requests a courtesy copy of his complaint. Local Rule 10-4 provides that "persons granted leave to proceed *in forma pauperis*" may obtain a file-stamped copy of any pleading. Plaintiff is proceeding *in forma pauperis*. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (#10) is **granted**. The Clerk shall send Plaintiff a file-stamped copy of the complaint attached to Plaintiff's application to proceed *in forma pauperis*.

DATED: May 12, 2015.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　C.W. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge