UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROOSEVELT M. HOGG,   )
               Plaintiff,   )   2:14-cv-00753-JCM-CWH
vs.   )   **REPORT AND RECOMMENDATION**
B. KINCAID, et al.,   )
               Defendants.   )

On March 27, 2015, the Court entered a screening order (ECF No. 5) stating that Plaintiff Roosevelt M. Hogg failed to state a claim against any of the defendants and giving Plaintiff 30 days from the date of the Court's screening order to file an amended complaint. The screening order advised Plaintiff that "failure to file a timely amended complaint in compliance with this order will result in a recommendation that this case be dismissed." (*Id.* at 5.) Plaintiff subsequently requested an extension of time to file the amended complaint until April 30, 2015, which the Court granted. (Order (ECF No. 13).) On June 17, 2015, Plaintiff requested another extension of time, which the Court granted, giving Plaintiff until October 21, 2015 to file an amended complaint. (Order (ECF No. 17).) On October 8, 2015, Plaintiff filed a notice of change of address (ECF No. 18). To date, however, Plaintiff has not filed an amended complaint or requested an additional extension of time. Given that Plaintiff has been given multiple extensions of time to file an amended complaint, that he has missed the most recent deadline, and that he has not requested an extension of that deadline or provided the Court with an explanation for missing the deadline, the undersigned will recommend

that Plaintiff's case be dismissed, without prejudice.

**RECOMMENDATION**

IT IS THEREFORE RECOMMENDED that Plaintiff Roosevelt M. Hogg's case be dismissed, without prejudice.

**NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: November 9, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge